# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | NO. 3:00-CR-00259 |
| v. | |
| | (JUDGE CAPUTO) |
| JOSEPH GORKO, JR. | |

## MEMORANDUM ORDER

Presently before the Court is Joseph Gorko's "Motion Via 60(b)(4) And [ (3) & (6) ] To Vacate Judgment, Erase Case And For The Immediate-Release of Movant As Pursuant to the F. Rules of Civil Procedure." (Doc. 210.)

The Federal Rules of Civil Procedure, by their own terms, apply only to civil actions. *See* FED. R. CIV. P. 1 ("these rules govern the procedure . . . in all suits of a civil nature"). Indeed, Rule 60(b) of the Federal Rules of Civil Procedure has been held inapplicable to criminal cases. *United States v. Martinez-Tull*, No. 06-4547, 2007 WL 1133277 (3d Cir. Apr. 17, 2007); *see also United States v. Mosavi*, 138 F.3d 1365 (11th Cir. 1998) (Federal Rules of Civil Procedure do not provide for relief from judgment in a criminal case); *Dubin v. Real*, 191 Fed. Appx. 528 (9th Cir. 2006) ("an action under Rule 60(b) of the Federal Rules of Civil Procedure cannot be used to collaterally attack a *criminal* conviction"); *United States v. Triplett*, 166 Fed. Appx. 362 (10th Cir. 2006) (Rule 60(b) has no applicability to a criminal proceeding). Accordingly, the Court has no jurisdiction to address the merits of Mr. Gorko's motion. The Court will thus deny Mr. Gorko's motion.

**NOW,** this __15th__ of May, 2007, **IT IS HEREBY ORDERED** that Joseph Gorko's Motion Via 60(b)(4) And [ (3) & (6) ] To Vacate Judgment, Erase Case And For The Immediate-Release of Movant As Pursuant to the F. Rules of Civil Procedure (Doc. 210) is **DENIED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge