# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JOSEPH A. GORKO, | |
| Applicant, | CASE NO. 3:00-CR-0259 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA. | |

## MEMORANDUM ORDER

Pursuant to 18 U.S.C. § 3600(b)(1)(a), the Court must notify the Government of a motion for DNA testing brought by an applicant. Applicant, Dr. Joseph A. Gorko, an inmate at Federal Correctional Institute Schuylkill, has filed such a motion (Doc. 224) requesting DNA testing of "envelopes recovered and referred to in [his] original criminal prosecution at trial and before" which were presented as evidence of threatening communications by the Applicant. (Doc. 224, at 4.) The Government is hereby notified of Applicant's motion and will be given thirty (30) days to respond.

**NOW**, this ___29___ day of July, 2008, the United States of America is hereby notified of Defendant's motion for DNA testing, and **IT IS HEREBY ORDERED** that the Government has thirty (30) days to respond.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge