**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. JOSEPH A. GORKO, | |
| Applicant, | CASE NO. 3:00-CR-0259 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA. | |

**MEMORANDUM ORDER**

Applicant, Dr. Joseph A. Gorko, an inmate at Federal Correctional Institute Schuylkill, has filed a motion (Doc. 224) pursuant to 18 U.S.C. § 3600(b)(1)(a) requesting DNA testing of "envelopes recovered and referred to in [his] original criminal prosecution at trial and before" which were presented at trial as evidence of threatening communications by the Applicant. (Doc. 224, at 4.) Pursuant to 18 U.S.C. § 3600(b)(2), the Government is ordered to preserve such evidence indefinitely so that, should this Court deem it appropriate, it may undergo DNA testing.

**NOW**, this ___29___ day of July, 2008 **IT IS HEREBY ORDERED** that the envelopes which Applicant seeks to have undergo DNA testing be preserved indefinitely.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge